UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRIAN BEVAN,

            Plaintiff,

vs.                                        Case No.  2:03-cv-500-FtM-29SPC

MIKE SCOTT, individually and in his
official capacity as Sheriff of Lee
County, Florida, JOHN MCDOUGALL,
individually, KENNETH ERNE, MARK
DURLING, HARVEY HUDNALL, FRED BOND,
DAVE BONSALL, ROSS DI PASQUALE,
SERGEANT HAMILTON, RICHARD TRAVIS
COWART, CLAUDIA GADD COWART, JACKIE
COWART, SOUTHWEST UTILITY SYSTEMS,
INC., CHUCK FUNDERMARK and CHUCK'S
WHISKEY CREEK SERVICE, INC.,

            Defendant.
_____/

**ORDER**

This matter is before the Court on consideration of the

Magistrate Judge's Report and Recommendation (Doc. #242), filed

February 23, 2005, recommending that the case against the Law

Enforcement Defendants should be dismissed with prejudice, and that

the Law Enforcement attorney's fees and costs for bringing this

Motion and two previous motions to compel (Docs. #130 and 140)

should be imposed as sanctions against plaintiff Brian Bevan.

Plaintiff filed his Objection (Doc. #255) on March 7, 2005.

After conducting a careful and complete review of the findings

and recommendations, a district judge may accept, reject or modify

the magistrate judge's report and recommendation.   28 U.S.C. §

636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge as an alternative ruling to its Opinion and Order granting summary judgment as to these defendants.  The Court finds that plaintiff's failure to comply with the Court's Orders demonstrates a willful and bad faith disregard towards the orders of this Court and the other litigants involved in this case.  The Court, however, will not impose the Law Enforcement attorney's fees and costs for bringing this Motion and two previous motions to compel (Doc. #130 and 140) as sanctions against plaintiff.

Accordingly, it is now

**ORDERED:**

1.   The Report and Recommendation is hereby **accepted** and

adopted by the Court to the extent that the Law Enforcement defendants will be dismissed, and otherwise **rejected** to the extent that the Court declines to impose fees and costs as sanctions. The Objection (Doc. #255) is **overruled.**

2.  In the alternative to the granting of summary judgment, the Court would dismiss with prejudice the Amended Complaint against Mike Scott, in his official capacity as Sheriff of Lee County, Florida, Rodney Shoap, John McDougall, Kenneth Erne, Mark Durling, Harvey Hudnall, Fred Bond, Dave Bonsall, Ross Di Pasquale, and Sergeant Hamilton.

**DONE AND ORDERED** at Fort Myers, Florida, this __19th__ day of September, 2005.

JOHN E. STEELE
United States District Judge

Copies:
Hon. Sheri Polster Chappell
United States Magistrate Judge

Counsel of Record
Unrepresented parties